UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| | : | |
| DEMIA STANARD, and | : | 18 U.S.C. § 641 |
| ANGELIA ROBINSON, | : | (Theft of public money) |
| | : | 18 U.S.C. § 2 |
| Defendants. | : | (Principals) |

## INFORMATION

The United States Attorney informs the Court that:

Between on or about July 1, 2006, and on or about January 31, 2007, in the District of Columbia, the defendants, Demia Stanard and Angelia Robinson, wilfully and knowingly did steal, purloin, and covert to their use or the use of another property of the United States, that is, money in excess of $25,000.

**(Theft of Public Money, and Principals,
in violation of Title 18, United States Code, Sections 641 and 2)**

Respectfully submitted,

Jeffrey A. Taylor
United States Attorney

By:  _____/s/_____
Thomas E. Zeno
D.C. Bar No. 348623
Assistant United States Attorney
555 Fourth Street, NW, Room 5423
Washington, D.C. 20530
(202) 514-6957