FILED

AUG 17 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07-193 |
| | : |
| ANGELIA ROBINSON, | : |
| | : |
| Defendant. | : |

*Let this be filed.*
*Royce C. Lamberth*
*U.S.D.J. 8/17/07*

## STATEMENT OF THE OFFENSE

Defendant Angelia Robinson ("Ms. Robinson") agrees to the following statement of the offense.

Ms. Robinson was an Accounting Technician with the Office of Personnel Management located in Washington, D.C. Between approximately July 1, 2006 and January 31, 2007, Ms. Robinson used her position to direct electronic payments from the United States Treasury into the account of others for her benefit. In doing so, Ms. Robinson knowingly and willfully acted without authority or permission. Ms. Robinson was an aider and abetter with Demia Stanard, another Accounting Technician with the Office of Personnel Management located in Washington, D.C. Ms. Robinson and Ms. Stanard stole more than $10,000.

_____        8/17/07
Angelia Robinson                  Date