AO 455 (Rev. 5/85)   Waiver of Indictment   ⊕

# United States District Court

FILED

AUG 17 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

DISTRICT OF _____

UNITED STATES OF AMERICA

V.

*Angelia Robinson*

## WAIVER OF INDICTMENT

CASE NUMBER:  CR 07-193

I, _____*Angelia Robinson*_____ , the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on _____ prosecution by indictment and consent that the

                *Date*

proceeding may be by information rather than by indictment.

_____*Angelia Robinson*_____
*Defendant*

_____*[signature]*_____
*Counsel for Defendant*

Before _____*Royce C. Lamberth*_____
               *Judicial Officer*