U.S. Department of Justice
U.S. Attorneys

# United States District Court
## for the District of Columbia

UNITED STATES OF AMERICA  :

v.  :

ANGELIA ROBINSON,  :   Case No. 07-193 (RCL)

Defendant.  :

:

**ORDER**

FILED

AUG 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __17 th__ day of __AUGUST, 2007__ _____ORDERED: a date convenient to the parties

3. That if the defendant is released on bond, that he or she be accompanied on _____ by __Special Agent Derrick Holt and/or other law enforcement officer__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __Special Agent Derrick Holt and/or other law enforcement officer__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate) ROYCE C. LAMBERTH

DOJ USA-16-1-80

COURT