NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                          Criminal Number  07-193 (RCL)

**ANGELIA ROBINSON**
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA      ■ RETAINED      ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

**SHANLON WU (ID NO. 422910)**
(Attorney & Bar ID Number)

WHEAT WU, P.L.L.C.
(Firm Name)

1050 17th ST., N.W., SUITE 600
(Street Address)

WASHINGTON, DC 20036
(City)          (State)          (Zip)

202 496 4963
(Telephone Number)