UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-193-RCL** |
| | : | |
| v. | : | |
| | : | |
| **DEMIA STANARD, and** | : | |
| **ANGELIA ROBINSON,** | : | |
| | : | |
| **Defendants** | : | |

### GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits its Memorandum in Aid of Sentencing.

Defendants Stanard and Robinson collaborated to steal a total of $27,510.03 from the federal government by misusing their positions as accounting technicians. Working together they routed payments away from the intended beneficiaries and into accounts for their benefit. They then falsified documents to cover their tracks and have the payments made again to the intended beneficiaries. The theft was not a single event, as the misroutings occurred several times between July 2006 and January 2007.

Under the sentencing guidelines, each of the defendants faces a guideline range of 0-6 months, a range which permits a sentence of probation. In this case, the defendants cooperated with law enforcement as soon as they were contacted about the thefts. The defendants immediately admitted their crime and assisted law enforcement in understanding how the crime was committed. Neither defendant is employed by the government anymore. Each has said that

she plans to make a payment toward restitution prior to sentencing. Under these circumstances, the government does not oppose a sentence of probation for each defendant.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney


        /s/ *Thomas E. Zeno*
        _____
        THOMAS E. ZENO
        D.C. Bar. No. 348623
        Assistant United States Attorney
        Fraud & Public Corruption Section
        555 4th St., N.W.
        Washington, D.C. 20530
        Thomas.Zeno@usdoj.gov
        (202) 514-6957