HONORABLE ROYCE C. LAMBERTH, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA  :  Docket No.: <u>CR-07-193-02</u>

vs.

ROBINSON, Angelia  :  Disclosure Date: <u>September 27, 2007</u>

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
**Prosecuting Attorney**                          **Date**

### For the Defendant
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*[signed] Angelia Robinson  10/12/07*    *[signed]  10/12/07*
**Defendant           Date**                  **Defense Counsel     Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>October 11, 2007</u>, to U.S. Probation Officer <u>Sherry Brandon</u>, telephone number <u>(202) 565-1327</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

Receipt and Acknowledgement                                         Page 2

**Factual/Material Inaccuracies:**

Page 2:     Other ID No.: Ms. Robinson does not have a MD driver's license. Her DC driver's license number is 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.

Legal Address: Apartment Number is 208, not 308.

Aliases: Ms. Robinson is not aware of any of these alleged aliases, other birthdates, or other social security numbers. Ms. Robinson has never used any aliases, other birthdates, or other social security numbers.

Page 8:     40.    Ms. Robinson recently saw a psychiatrist, who was recommended to her by Laura Winton. The psychiatrist diagnosed Ms. Robinson Bi-Polar Disease and placed Ms. Robinson on Anti-Depressant medication.

48.    Ms. Robinson will retake the cosmetologist board exam on October 23, 2007.

Signed by: _____
                    Defense Attorney

Date:         October 12, 2007