HONORABLE ROYCE C. LAMBERTH, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-193-02</u> |
| vs. | : | |
| | : | |
| ROBINSON, Angelia | : | Disclosure Date: <u>September 27, 2007</u> |

FILED
NOV - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

<u>For the Government</u>
(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
(X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
Prosecuting Attorney                                           Date

<u>For the Defendant</u>
(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____
Defendant          Date                                Defense Counsel          Date

<u>NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM</u>

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>October 11, 2007</u>, to U.S. Probation Officer <u>Sherry Brandon</u>, telephone number <u>(202) 565-1327</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
        United States Probation Officer

<u>Government Objection to the PSR of Angelia Robinson, CR 07-193</u>

Par. 80.  Ms. Robinson should be jointly and severally liable to make restitution for the entire loss amount, which was identified in paragraph 8 to be $ 27,510.03. Although she actually received some or all of the proceeds of only three misdirected electronic payments totaling $ 10,778.42, Ms. Robinson was involved in the entire scheme. Therefore, she should be held jointly and severally liable to repay the entire amount of the loss.

<u>Comment on Another Matter</u>

The Probation Office is to be commended for copying the PSR on double sided paper. What a fiscally and environmentally responsible decision!

*Thomas Zeno*